IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

03/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

DA 19-0533

_____

NATIONAL INDEMNITY COMPANY,

      Plaintiff and Appellant,

   v.

STATE OF MONTANA,

      Defendant and Appellee,

   and

TERRY JELLESED, RAYMOND
ABRAHAMSON, RANDALL BAETH,
MARLISE BAILEY, DELMAS BROOKS,
SHIRLEY CHAPMAN, RUTH FORE,
JEFFERY GOVI, THOMAS JENKINS,
JAMES McNULTY, AND PHILLIP PEREZ,

      Interveners.

O R D E R

_____

Laura A. Foggan of Washington, D.C., has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Foggan is currently in good standing with another state jurisdiction in which she is admitted to the practice of law, that Montana counsel listed in the application is in good standing with the State Bar of Montana, and that this is the first appearance of Petitioner Foggan and the seventh appearance of her firm under the pro hac vice rules, with good cause showing under Rule VI(C),

IT IS HEREBY ORDERED that the application of Laura A. Foggan to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Laura A. Foggan, to all counsel of

record in this appeal, and to the State Bar of Montana.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2020

2